No. 957. UNITED STATES STEEL CORP. *v.* GIGUERE. C. A. 7th Cir. Certiorari denied. *Harlan L. Hackbert* for petitioner. *Harry Adelman, Allen A. Freeman* and *John H. Watson, Jr.* for respondent.

No. 967. SHERRY CORINE CORP. *v.* MITCHELL, SECRETARY OF LABOR. C. A. 4th Cir. Certiorari denied. *Robert R. MacMillan* for petitioner. *Solicitor General Rankin, Stuart Rothman* and *Bessie Margolin* for respondent.

No. 972. CITIES SERVICE OIL CO. ET AL. *v.* CITY OF NEW YORK ET AL. Court of Appeals of New York. Certiorari denied. *George H. Colin* for petitioners. *Charles H. Tenney* and *Seymour B. Quel* for the City of New York, respondent.

No. 835, Misc. ALPAR *v.* PERPETUAL BUILDING ASSOCIATION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Samuel Scrivener, Jr.* and *David S. Scrivener* for respondents.

No. 872, Misc. HORNE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Chester E. Wallace* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 706, Misc. BAKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.